| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | |
|---|---|---|---|---|---|
| 7U5 | 995340 | WSN805 | | 0000230101 | 1 |

# Earnings Statement



ATLANTA RESEARCH AND EDUCATION FOUNDATION, INC.
2250 N.DRUID HILLS RD NE #238
ATLANTA GA 30329
COMPANY PH#: 770-415-9193

Period Ending: 06/02/2018
Pay Date: 06/08/2018

Taxable Marital Status: Single
Exemptions/Allowances:
　Federal: 2
　GA: 0

TENNECA DOWELL
6005 RIDGE DR SE
MABLETON GA 30126

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 16.6388 | 54.00 | 898.49 | 12,857.37 |
| Holiday | 16.6388 | 6.00 | 99.83 | 629.93 |
| Admin Absence | | | | 133.11 |
| **Gross Pay** | | | **$998.32** | 13,620.41 |

| Deductions | | | |
|---|---|---|---|
| **Statutory** | | | |
| Federal Income Tax | | -46.55 | 798.55 |
| Social Security Tax | | -59.85 | 820.12 |
| Medicare Tax | | -14.00 | 191.80 |
| GA State Income Tax | | -42.01 | 602.47 |
| **Other** | | | |
| At Crit Ill | | -17.42 | 209.04 |
| At Supp Life | | -5.17 | 62.04 |
| Pt Accident | | -14.26* | 171.12 |
| Pt Dental | | -12.71* | 149.09 |
| Pt Parking | | -3.53* | 42.36 |
| Pt Vision | | -2.51* | 30.12 |
| 403B Contrib | | -54.91* | 662.86 |
| **Net Pay** | | **$725.40** | |
| Checking 1 | | -725.40 | |
| **Net Check** | | **$0.00** | |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| 403B Er Match | 39.93 | 523.25 |
| Ann Leave Bal | | 155.57 |
| Sick Leave Bal | | 423.22 |

\* Excluded from federal taxable wages
Your federal taxable wages this period are $910.40

© 2000 ADP, LLC

ATLANTA RESEARCH AND EDUCATION FOUNDATION, INC.
2250 N.DRUID HILLS RD NE #238
ATLANTA GA 30329
COMPANY PH#: 770-415-9193

Advice number: 00000230101
Pay date: 06/08/2018

| Deposited to the account of | account number | transit ABA | amount |
|---|---|---|---|
| TENNECA DOWELL | xxxxxxxxxxxxx7671 | xxxx xxxx | $725.40 |

THIS IS NOT A CHECK

# NON-NEGOTIABLE

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. |  |
|---|---|---|---|---|---|
| 7U5 | 995340 | WSN805 |  | 0000210106 | 1 |

# Earnings Statement



ATLANTA RESEARCH AND EDUCATION FOUNDATION, INC.
2250 N.DRUID HILLS RD NE #238
ATLANTA GA 30329
COMPANY PH#: 770-415-9193

Period Ending: 05/19/2018
Pay Date: 05/25/2018

Taxable Marital Status: Single
Exemptions/Allowances:
  Federal: 2
  GA: 0

TENNECA DOWELL
6005 RIDGE DR SE
MABLETON GA 30126

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 16.6388 | 60.00 | 998.33 | 11,958.88 |
| Admin Absence |  |  |  | 133.11 |
| Holiday |  |  |  | 530.10 |
| **Gross Pay** |  |  | **$998.33** | 12,622.09 |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| 403B Er Match | 39.93 | 483.32 |
| Ann Leave Bal |  | 151.06 |
| Sick Leave Bal |  | 420.22 |

| Deductions | | | |
|---|---|---|---|
| **Statutory** | | | |
| Federal Income Tax |  | -46.55 | 752.00 |
| Social Security Tax |  | -59.85 | 760.27 |
| Medicare Tax |  | -13.99 | 177.80 |
| GA State Income Tax |  | -42.01 | 560.46 |
| **Other** | | | |
| At Crit III |  | -17.42 | 191.62 |
| At Supp Life |  | -5.17 | 56.87 |
| Pt Accident |  | -14.26* | 156.86 |
| Pt Dental |  | -12.71* | 136.38 |
| Pt Parking |  | -3.53* | 38.83 |
| Pt Vision |  | -2.51* | 27.61 |
| 403B Contrib |  | -54.91* | 607.95 |
| **Net Pay** |  | **$725.42** |  |
| Checking 1 |  | -725.42 |  |
| **Net Check** |  | **$0.00** |  |

\* Excluded from federal taxable wages
Your federal taxable wages this period are $910.41

© 2000 ADP, LLC

---

ATLANTA RESEARCH AND EDUCATION FOUNDATION,
2250 N.DRUID HILLS RD NE #238
ATLANTA GA 30329
COMPANY PH#: 770-415-9193

Advice number: 00000210106
Pay date: 05/25/2018

Deposited to the account of
TENNECA DOWELL

| account number | transit ABA | amount |
|---|---|---|
| xxxxxxxxxxxx7671 | xxxx xxxx | $725.42 |



**NON-NEGOTIABLE**

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | |
|---|---|---|---|---|---|
| 7U5 | 995340 | WSN805 | | 0000190104 | 1 |

# Earnings Statement 

ATLANTA RESEARCH AND EDUCATION FOUNDATION, INC.
2250 N.DRUID HILLS RD NE #238
ATLANTA GA 30329
COMPANY PH#: 770-415-9193

Period Ending: 05/05/2018
Pay Date: 05/11/2018

Taxable Marital Status: Single
Exemptions/Allowances:
  Federal: 2
  GA: 0

TENNECA DOWELL
6005 RIDGE DR SE
MABLETON GA 30126

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 16.6388 | 60.00 | 998.33 | 10,960.55 |
| Admin Absence | | | | 133.11 |
| Holiday | | | | 530.10 |
| **Gross Pay** | | | **$998.33** | 11,623.76 |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| 403B Er Match | 39.93 | 443.39 |
| Ann Leave Bal | | 146.55 |
| Sick Leave Bal | | 417.22 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -46.55 | 705.45 |
| | Social Security Tax | -59.85 | 700.42 |
| | Medicare Tax | -14.00 | 163.81 |
| | GA State Income Tax | -42.01 | 518.45 |
| | **Other** | | |
| | At Crit III | -17.42 | 174.20 |
| | At Supp Life | -5.17 | 51.70 |
| | Pt Accident | -14.26* | 142.60 |
| | Pt Dental | -12.71* | 123.67 |
| | Pt Parking | -3.53* | 35.30 |
| | Pt Vision | -2.51* | 25.10 |
| | 403B Contrib | -54.91* | 553.04 |
| | **Net Pay** | **$725.41** | |
| | Checking 1 | -725.41 | |
| | **Net Check** | **$0.00** | |

* Excluded from federal taxable wages
Your federal taxable wages this period are $910.41

© 2000 ADP, LLC

ATLANTA RESEARCH AND EDUCATION FOUNDATION, INC.
2250 N.DRUID HILLS RD NE #238
ATLANTA GA 30329
COMPANY PH#: 770-415-9193

Advice number: 00000190104
Pay date: 05/11/2018

Deposited to the account of
TENNECA DOWELL

| account number | transit ABA | amount |
|---|---|---|
| xxxxxxxxxxxxx7671 | xxxx xxxx | $725.41 |



**NON-NEGOTIABLE**

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. |  |
|---|---|---|---|---|---|
| 7U5 | 995340 | WSN805 |  | 0000170107 | 1 |

# Earnings Statement 

ATLANTA RESEARCH AND EDUCATION FOUNDATION, INC.
2250 N.DRUID HILLS RD NE #238
ATLANTA  GA 30329
COMPANY  PH#: 770-415-9193

Period Ending:   04/21/2018
Pay Date:        04/27/2018

Taxable Marital Status: Single
Exemptions/Allowances:
    Federal:  2
    GA:       0

TENNECA DOWELL
6005 RIDGE DR SE
MABLETON GA 30126

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 16.6388 | 60.00 | 998.33 | 9,962.22 |
| Admin Absence | | | | 133.11 |
| Holiday | | | | 530.10 |
| **Gross Pay** | | | **$998.33** | 10,625.43 |

| Deductions | | this period | |
|---|---|---|---|
| **Statutory** | | | |
| Federal Income Tax | | -46.55 | 658.90 |
| Social Security Tax | | -59.85 | 640.57 |
| Medicare Tax | | -14.00 | 149.81 |
| GA State Income Tax | | -42.01 | 476.44 |
| **Other** | | | |
| At Crit III | | -17.42 | 156.78 |
| At Supp Life | | -5.17 | 46.53 |
| Pt Accident | | -14.26* | 128.34 |
| Pt Dental | | -12.71* | 110.96 |
| Pt Parking | | -3.53* | 31.77 |
| Pt Vision | | -2.51* | 22.59 |
| 403B Contrib | | -54.91* | 498.13 |
| **Net Pay** | | **$725.41** | |
| Checking 1 | | -725.41 | |
| **Net Check** | | **$0.00** | |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| 403B Er Match | 39.93 | 403.46 |
| Ann Leave Bal | | 142.04 |
| Sick Leave Bal | | 414.22 |

* Excluded from federal taxable wages
Your federal taxable wages this period are $910.41

©2000 ADP, LLC

ATLANTA RESEARCH AND EDUCATION FOUNDATION, INC.
2250 N.DRUID HILLS RD NE #238
ATLANTA  GA 30329
COMPANY  PH#: 770-415-9193

Advice number:   00000170107
Pay date:        04/27/2018

Deposited to the account of
TENNECA DOWELL

| account number | transit ABA | amount |
|---|---|---|
| xxxxxxxxxxxxx7671 | xxxx  xxxx | $725.41 |



# NON-NEGOTIABLE

| CO. | FILE | DEPT | CLOCK | VCHR. NO. | |
|---|---|---|---|---|---|
| 7U5 | 995340 | WSN805 | | 0000170107 | 1 |

# Earnings Statement 

ATLANTA RESEARCH AND EDUCATION FOUNDATION, INC.
2250 N.DRUID HILLS RD NE #238
ATLANTA GA 30329
COMPANY PH#: 770-415-9193

Period Ending: 04/21/2018
Pay Date: 04/27/2018

Taxable Marital Status: Single
Exemptions/Allowances:
  Federal: 2
  GA: 0

TENNECA DOWELL
6005 RIDGE DR SE
MABLETON GA 30126

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 16.6388 | 60.00 | 998.33 | 9,962.22 |
| Admin Absence | | | | 133.11 |
| Holiday | | | | 530.10 |
| **Gross Pay** | | | **$998.33** | 10,625.43 |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| 403B Er Match | 39.93 | 403.46 |
| Ann Leave Bal | | 142.04 |
| Sick Leave Bal | | 414.22 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -46.55 | 658.90 |
| | Social Security Tax | -59.85 | 640.57 |
| | Medicare Tax | -14.00 | 149.81 |
| | GA State Income Tax | -42.01 | 476.44 |
| | **Other** | | |
| | At Crit III | -17.42 | 156.78 |
| | At Supp Life | -5.17 | 46.53 |
| | Pt Accident | -14.26* | 128.34 |
| | Pt Dental | -12.71* | 110.96 |
| | Pt Parking | -3.53* | 31.77 |
| | Pt Vision | -2.51* | 22.59 |
| | 403B Contrib | -54.91* | 498.13 |
| | **Net Pay** | **$725.41** | |
| | Checking 1 | -725.41 | |
| | **Net Check** | **$0.00** | |

* Excluded from federal taxable wages
Your federal taxable wages this period are $910.41

© 2000 ADP, LLC

---

ATLANTA RESEARCH AND EDUCATION FOUNDATION,
2250 N.DRUID HILLS RD NE #238
ATLANTA GA 30329
COMPANY PH#: 770-415-9193

Advice number: 00000170107
Pay date: 04/27/2018

Deposited to the account of
TENNECA DOWELL

| account number | transit ABA | amount |
|---|---|---|
| xxxxxxxxxxxx7671 | xxxx xxxx | $725.41 |



**NON-NEGOTIABLE**

| CO. | FILE | DEPT. | CLOCK | VCHR.NO. |  |
|-----|------|-------|-------|----------|---|
| 7U5 | 995340 | WSN805 |  | 0000150107 | 1 |

## Earnings Statement 

ATLANTA RESEARCH AND EDUCATION FOUNDATION, INC.
2250 N.DRUID HILLS RD NE #238
ATLANTA GA 30329
COMPANY PH#: 770-415-9193

Period Ending: 04/07/2018
Pay Date: 04/13/2018

Taxable Marital Status: Single
Exemptions/Allowances:
  Federal: 2
  GA: 0

TENNECA DOWELL
6005 RIDGE DR SE
MABLETON GA 30126

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 16.6388 | 60.00 | 998.33 | 8,963.89 |
| Admin Absence | | | | 133.11 |
| Holiday | | | | 530.10 |
| **Gross Pay** | | | **$998.33** | 9,627.10 |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| 403B Er Match | 39.93 | 363.53 |
| Ann Leave Bal | | 137.53 |
| Sick Leave Bal | | 411.22 |

| Deductions | | | |
|---|---|---|---|
| **Statutory** | | | |
| Federal Income Tax | | -46.55 | 612.35 |
| Social Security Tax | | -59.85 | 580.72 |
| Medicare Tax | | -13.99 | 135.81 |
| GA State Income Tax | | -42.01 | 434.43 |
| **Other** | | | |
| At Crit III | | -17.42 | 139.36 |
| At Supp Life | | -5.17 | 41.36 |
| Pt Accident | | -14.26* | 114.08 |
| Pt Dental | | -12.71* | 98.25 |
| Pt Parking | | -3.53* | 28.24 |
| Pt Vision | | -2.51* | 20.08 |
| 403B Contrib | | -54.91* | 443.22 |
| **Net Pay** | | **$725.42** | |
| Checking 1 | | -725.42 | |
| **Net Check** | | **$0.00** | |

\* Excluded from federal taxable wages
Your federal taxable wages this period are $910.41

© 2000 ADP, LLC

ATLANTA RESEARCH AND EDUCATION FOUNDATION, INC.
2250 N.DRUID HILLS RD NE #238
ATLANTA GA 30329
COMPANY PH#: 770-415-9193

Advice number: 00000150107
Pay date: 04/13/2018

| Deposited to the account of | account number | transit ABA | amount |
|---|---|---|---|
| TENNECA DOWELL | xxxxxxxxxxxxx7671 | xxxx xxxx | $725.42 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**